UNITED STATES OF AMERICA

IN THE COURT OF FEDERAL CLAIMS


JEFFREY A. SARTAIN and
KAROL J. STEWART, individuals,

   Plaintiffs,

   v.                                    Case No.    20-1857 T

UNITED STATES OF AMERICA,

   Defendant.


CONTAINS REDACTED INFORMATION

**COMPLAINT**


NOW COME Jeffrey A. Sartain and Karol J. Stewart, by and through their

attorney, Joseph Falcone, and for their Complaint for tax refund against the United

States of America, state as follows:

1. Plaintiffs are Jeffrey A. Sartain and Karol J. Stewart, and are residents and
   citizens of the City of Portland, State of Texas.

2. Defendant is the United States of America acting through its agency, the
   Internal Revenue Service.

1

3. This is a suit arising under Federal Law and is a claim for the recovery of federal income tax and interest erroneously paid by the taxpayer or erroneously assessed and collected by the Internal Revenue Service.  This Court has jurisdiction under 28 USC 1346(a)(1), 28 USC 1491 and 26 USC 7422.

4. Plaintiffs are filing this complaint within the period of time specified in 28 USC 2501.

5. The Plaintiffs have not begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action.

6. On April 15, 2015, Plaintiffs timely filed an extension to October 15, 2015, to file their 2014 Federal income tax return (form 1040), with the Internal Revenue Service. .  A copy of the form 4868 Application for Automatic Extension of Time to File U.S. Individual Income tax Return for 2014 is attached hereto as Exhibit A.  A copy of the filing receipt of the extension is attached hereto as Exhibit B.

7. On October 12, 2018, Plaintiffs timely mailed their 2014 federal income tax return to the Internal Revenue Service in Austin, Texas 73301, which return claimed a refund of an overpayment for income taxes for 2014 in the amount

of $5,100. Attached as Exhibit C is a copy of the Plaintiff's 2014 federal income tax return that claims a refund of $5,100.

8. Attached hereto as Exhibit D is the statement required by RCFC 9(m)(2)(B).

9. Attached as Exhibit E is a copy of the U.S. Certified Mail Receipt for the mailing of the tax return on October 12, 2018.

10. The Plaintiffs' 2014 federal income tax return was received by the Internal Revenue Service on October 15, 2018. Attached hereto as Exhibit F is a copy of the U.S. Post Office Delivery record showing receipt on October 15, 2018.

11. On December 19, 2018, the Internal Revenue Service sent Plaintiffs a notice stating that Plaintiffs' claim for refund was denied as being untimely. Attached as Exhibit G is a copy of the Internal Revenue Service's December 19, 2018, notice disallowing Plaintiff's claim for refund for the year 2014.

12. Pursuant to 26 USC 6511(b)(2)(A), the last day to file the Plaintiff's claim for refund would be three years plus the period of any extension of time for filing the return from the due date of the return

13. As the Plaintiffs timely filed their claim for refund within the time set forth by 26 USC 6511(b)(2)(A), and Plaintiffs are otherwise entitled to the refund

as claimed on their federal income tax return for 2014 according to the

Internal Revenue Laws, Plaintiffs has suffered damages by the United

States' actions of not remitting Plaintiffs' full income tax refund for the tax

year 2014 and causing the Plaintiffs to have to file an pursue this case, and

therefore Plaintiffs are entitled to be refunded the amount of $5,100 plus

interest from the United States, along with costs of this action under 28 USC

1346, 28 USC 1491 and 26 USC 7422, and this Court should order that the

refund, plus interest, be issued.

WHEREFORE, Plaintiffs pray that this Honorable Court award judgment in

favor of Plaintiffs and against Defendant in the amount of $5,100 plus interest

from April 15, 2015, plus costs and attorneys fees, and in the alternative order the

United States to refund Plaintiffs their overpayment of taxes for the tax year 2014,

plus interest from April 15, 2015, and

Such costs and attorneys' fees as are available, and

Such other and further relief that this Court deems equitable and property.

 _/s/ Joseph Falcone _____   December 14, 2020
Joseph Falcone (P25727)
Attorney for Plaintiff
3000 Town Center, Suite 2370
Southfield, MI 48075
248-357-6610
jf@lawyer.com

# EXHIBIT A

Form **4868**

Department of the Treasury
Internal Revenue Service (99)

**Application for Automatic Extension of Time**
**To File U.S. Individual Income Tax Return**

▶ Information about Form 4868 and its instructions is available at www.irs.gov/form4868.

OMB No. 1545-0074

**2014**

(on bottom of page)

---

**Mail To: Department of the Treasury**
**Internal Revenue Service**
AUSTIN, TX 73301-0045

- - - - - - - - - - - - - - - - - - - - - CUT HERE - - - - - - - - - - - - - - - - - - - - -

Form **4868**

Department of the Treasury
Internal Revenue Service (99)

**Application for Automatic Extension of Time**
**To File U.S. Individual Income Tax Return**

For calendar year 2014, or other tax year beginning , ending .

OMB No. 1545-0074

**2014**

| Part I | Identification | Part II | Individual Income Tax |
|---|---|---|---|

**1** Your name(s) (see instructions)

JEFFREY A.    SARTAIN
KAROL J.      STEWART

Address (see instructions)
4405 N NAVARRO, APT 1601

City, town, or post office
VICTORIA

State: **TX**  ZIP Code: **77904**

**2** Your social security number  ▮▮▮▮▮

**3** Spouse's social security number  ▮▮▮▮▮

**4** Estimate of total tax liability for 2014 $ _____

**5** Total 2014 payments ............

**6** **Balance due.** Subtract line 5 from line 4 (see instructions) ............

**7** Amount you are paying (see instr.) ▶

**8** Check here if you are "out of the country" and a U.S. citizen or resident (see instructions) ............ ▶ ☐

**9** Check here if you file Form 1040NR or 1040NR-EZ and did not receive wages as an employee subject to U.S. income tax withholding ▶ ☐

For Privacy Act and Paperwork Reduction Act Notice, see page 4.

Form **4868** (2014)

DAA

# EXHIBIT B

Untitled

```
Name: SARTAIN, JEFFREY A. & KAROL J.
Tax Authority: US EXT
Details: Ack issued by agency:04/16/2015
Postmark 4/15/2015 09:58:08 PM CT
ELF filename=XSARTAINSTE.1040_EXT.2014_0.US.XEF
Accepted
SubID=████████████████████
```

# EXHIBIT C

| a Employee's social security number | | OMB No. 1545-0008 | Safe, accurate, FAST! Use | IRS e-file | Visit the IRS website www.irs.gov/efile |
|---|---|---|---|---|---|

| b Employer identification number (EIN) | | 1 Wages, tips, other compensation 53366.55 | 2 Federal income tax withheld 8635.42 |
|---|---|---|---|
| c Employer's name, address, and ZIP code | | 3 Social security wages 57400.48 | 4 Social security tax withheld 3558.83 |
| UH SYSTEM CONSOLIDATED 4800 CALHOUN HOUSTON TX 77204-6125 | | 5 Medicare wages and tips 57400.48 | 6 Medicare tax withheld 832.31 |
| | | 7 Social security tips | 8 Allocated tips |
| d Control number | | 9 | 10 Dependent care benefits |
| e Employee's name, address, city, and ZIP code     Suff. | | 11 Nonqualified plans | 12a See instructions for box 12  C   97.20 |
| JEFFREY A         SARTAIN 1305 NORTH GLASS STREET VICTORIA TX 77901-5126 | | 13 Statutory employee / Retirement plan  X / Third-party sick pay | 12b  DD   13146.24 |
| | | 14 Other | 12c |
| | | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**Form W-2 Wage and Tax Statement**    **2014**    Department of the Treasury—Internal Revenue Service

Copy B—To Be Filed With Employee's FEDERAL Tax Return.
This information is being furnished to the Internal Revenue Service.

---

9531

| a Employee's social security number | | OMB No. 1545-0008 | This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. |
|---|---|---|---|

| b Employer identification number (EIN) | | 1 Wages, tips, other compensation 53366.55 | 2 Federal income tax withheld 8635.42 |
|---|---|---|---|
| c Employer's name, address, and ZIP code | | 3 Social security wages 57400.48 | 4 Social security tax withheld 3558.83 |
| UH SYSTEM CONSOLIDATED 4800 CALHOUN HOUSTON TX 77204-6125 | | 5 Medicare wages and tips 57400.48 | 6 Medicare tax withheld 832.31 |
| | | 7 Social security tips | 8 Allocated tips |
| d Control number | | 9 | 10 Dependent care benefits |
| e Employee's name, address, city, and ZIP code     Suff. | | 11 Nonqualified plans | 12a See instructions for box 12  C   97.20 |
| JEFFREY A         SARTAIN 1305 NORTH GLASS STREET VICTORIA TX 77901-5126 | | 13 Statutory employee / Retirement plan  X / Third-party sick pay | 12b  DD   13146.24 |
| | | 14 Other | 12c |
| | | | 12d |

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| | | | | | | |

**Form W-2 Wage and Tax Statement**    **2014**    Department of the Treasury—Internal Revenue Service

Copy C—For EMPLOYEE'S RECORDS (See Notice to Employee on the back of Copy B.) or Copy 2 to be Filed With Employee's State, City or Local Income Tax Return

Safe, accurate FAST! Use   IRS e-file

LW2BC                                                                      5212

**Form W-2 Wage and Tax Statement 2014**

Copy B – To Be Filed With Employee's FEDERAL Tax Return.
This information is being furnished to the Internal Revenue Service.

OMB No. 1545-0008

| Box | Description | Amount |
|-----|-------------|--------|
| 1 | Wages, tips, other compensation | 33,101.12 |
| 2 | Federal income tax withheld | 4,239.17 |
| 3 | Social security wages | 35,449.96 |
| 4 | Social security tax withheld | 2,197.90 |
| 5 | Medicare wages and tips | 35,449.96 |
| 6 | Medicare tax withheld | 514.02 |
| 7 | Social security tips | |
| 8 | Allocated tips | |
| 9 | | |
| 10 | Dependent care benefits | |
| 11 | Nonqualified plans | |
| 12a | DD 3,431.25 | |
| 13 | Retirement plan | X |

c Employer's name, address, and ZIP code
TEXAS A&M UNIV. - CORPUS CHRISTI
PAYROLL DEPARTMENT
6300 OCEAN DR, UNIT 57
CORPUS CHRISTI TX 78412 5739

e Employee's name, address, and ZIP code
KAROL J STEWART
1305 N Glass St
Victoria TX 77901-5126

---

**Form W-2 Wage and Tax Statement 2014**

Copy C – For EMPLOYEE'S RECORDS (See Notice to Employee on the back of Copy B.)

OMB No. 1545-0008

| Box | Description | Amount |
|-----|-------------|--------|
| 1 | Wages, tips, other compensation | 33,101.12 |
| 2 | Federal income tax withheld | 4,239.17 |
| 3 | Social security wages | 35,449.96 |
| 4 | Social security tax withheld | 2,197.90 |
| 5 | Medicare wages and tips | 35,449.96 |
| 6 | Medicare tax withheld | 514.02 |
| 12a | DD 3,431.25 | |
| 13 | Retirement plan | X |

c Employer's name, address, and ZIP code
TEXAS A&M UNIV. - CORPUS CHRISTI
PAYROLL DEPARTMENT
6300 OCEAN DR, UNIT 57
CORPUS CHRISTI TX 78412 5739

e Employee's name, address, and ZIP code
KAROL J STEWART
1305 N Glass St
Victoria TX 77901-5126

---

**Form W-2 Wage and Tax Statement 2014**

Copy 2 – To Be Filed With Employee's State, City, or Local Income Tax Return.

OMB No. 1545-0008

| Box | Description | Amount |
|-----|-------------|--------|
| 1 | Wages, tips, other compensation | 33,101.12 |
| 2 | Federal income tax withheld | 4,239.17 |
| 3 | Social security wages | 35,449.96 |
| 4 | Social security tax withheld | 2,197.90 |
| 5 | Medicare wages and tips | 35,449.96 |
| 6 | Medicare tax withheld | 514.02 |
| 12a | DD 3,431.25 | |
| 13 | Retirement plan | X |

c Employer's name, address, and ZIP code
TEXAS A&M UNIV. - CORPUS CHRISTI
PAYROLL DEPARTMENT
6300 OCEAN DR, UNIT 57
CORPUS CHRISTI TX 78412 5739

e Employee's name, address, and ZIP code
KAROL J STEWART
1305 N Glass St
Victoria TX 77901-5126

---

**Form W-2 Wage and Tax Statement 2014**

Copy 2 – To Be Filed With Employee's State, City, or Local Income Tax Return.

OMB No. 1545-0008

| Box | Description | Amount |
|-----|-------------|--------|
| 1 | Wages, tips, other compensation | 33,101.12 |
| 2 | Federal income tax withheld | 4,239.17 |
| 3 | Social security wages | 35,449.96 |
| 4 | Social security tax withheld | 2,197.90 |
| 5 | Medicare wages and tips | 35,449.96 |
| 6 | Medicare tax withheld | 514.02 |
| 12a | DD 3,431.25 | |
| 13 | Retirement plan | X |

c Employer's name, address, and ZIP code
15 160150
TEXAS A&M UNIV. - CORPUS CHRISTI
PAYROLL DEPARTMENT
6300 OCEAN DR, UNIT 57
CORPUS CHRISTI TX 78412 5739

e Employee's name, address, and ZIP code
KAROL J STEWART
1305 N Glass St
Victoria TX 77901-5126

Form **1040** Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return** **2014** OMB No. 1545-0074 IRS Use Only–Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2014, or other tax year beginning _____, 2014, ending _____, 20____ | See separate instructions.

Your first name and initial: **JEFFREY A.** Last name: **SARTAIN** — Your social security number: ▮▮▮▮

If a joint return, spouse's first name and initial: **KAROL J.** Last name: **STEWART** — Spouse's social security number: ▮▮▮▮

Home address (number and street). If you have a P.O. box, see instructions. **1201 MOORE AVE** | Apt. no. **2110** | ▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions). **PORTLAND     TX     78374**

Foreign country name | Foreign province/state/county | Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a. ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a
b. ☒ **Spouse**

| c. **Dependents:** | | | |
|---|---|---|---|
| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qual. for child tax credit (see instr.) |
| | | | |
| | | | |
| | | | |
| | | | |

If more than four dependents, see instructions and check here ▶ ☐

Boxes checked on 6a and 6b: **2**
No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above
Add numbers on lines above ▶ **2**

d. Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | **86,468** |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | **−1,235** |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions | 15a | | b Taxable amount | 15b | |
| 16a | Pensions and annuities | 16a | | b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits | 20a | | b Taxable amount | 20b | |
| 21 | Other income. List type and amount   **PRIOR YEAR NOL** | 21 | **−4,566** |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | **80,667** |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid   b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction | 32 | |
| 33 | Student loan interest deduction | 33 | **2,500** |
| 34 | Tuition and fees. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 35 | 36 | **2,500** |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | **78,167** |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**
DAA

Form **1040** (2014)

Form 1040 (2014)    JEFFREY A. SARTAIN & KAROL J. STEWART                                    2

| Tax and Credits | | | |
|---|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | 38 | 78,167 |

| | 39a | Check if: | You were born before January 2, 1950, ☐  Blind. | Total boxes | | |
|---|---|---|---|---|---|---|
| | | | Spouse was born before January 2, 1950, ☐  Blind. | checked ▶ | 39a | |

**Standard Deduction for—**

- People who check any box on line 39a or 39b **or** who can be claimed as a dependent, see instructions.
- All others:

Single or Married filing separately, $6,200

Married filing jointly or Qualifying widow(er), $12,400

Head of household, $9,100

| | | | | |
|---|---|---|---|---|
| b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ | | 39b | ☐ |
| 40 | **Itemized deductions** (from Schedule A) **or** your **standard deduction** (see left margin) | | 40 | 12,400 |
| 41 | Subtract line 40 from line 38 | | 41 | 65,767 |
| 42 | **Exemptions.** If line 38 is $152,525 or less, multiply $3,950 by the number on line 6d. Otherwise, see instructions | | 42 | 7,900 |
| 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | 43 | 57,867 |
| 44 | **Tax** (see instr.). Check if any from: a ☐ Form(s) 8814  b ☐ Form 4972  c ☐ | | 44 | 7,774 |
| 45 | **Alternative minimum tax** (see instructions). Attach Form 6251 | | 45 | |
| 46 | Excess advance premium tax credit repayment. Attach Form 8962 | | 46 | |
| 47 | Add lines 44, 45, and 46 | ▶ | 47 | 7,774 |
| 48 | Foreign tax credit. Attach Form 1116 if required | 48 | | |
| 49 | Credit for child and dependent care expenses. Attach Form 2441 | 49 | | |
| 50 | Education credits from Form 8863, line 19 | 50 | | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | | |
| 52 | Child tax credit. Attach Schedule 8812, if required | 52 | | |
| 53 | Residential energy credits. Attach Form 5695 | 53 | | |
| 54 | Other credits from Form a ☐ 3800  b ☐ 8801  c ☐ | 54 | | |
| 55 | Add lines 48 through 54. These are your **total credits** | | 55 | |
| 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- | ▶ | 56 | 7,774 |

| Other Taxes | | | |
|---|---|---|---|
| 57 | Self-employment tax. Attach Schedule SE | 57 | |
| 58 | Unreported social security and Medicare tax from Form a ☐ 4137  b ☐ 8919 | 58 | |
| 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| 60a | Household employment taxes from Schedule H | 60a | |
| b | First-time homebuyer credit repayment. Attach Form 5405 if required | 60b | |
| 61 | Health care: individual responsibility (see instructions) Full-year coverage ☒ | 61 | |
| 62 | Taxes from: a ☐ Form 8959  b ☐ Form 8960  c ☐ Instructions; enter code(s) | 62 | |
| 63 | Add lines 56 through 62. This is your **total tax** | ▶ | 63 | 7,774 |

| Payments | | | | |
|---|---|---|---|---|
| If you have a qualifying child, attach Schedule EIC. | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 12,874 |
| | 65 | 2014 estimated tax payments and amount applied from 2013 return | 65 | |
| | 66a | **Earned income credit (EIC)** | 66a | |
| | b | Nontaxable combat pay election | 66b | |
| | 67 | Additional child tax credit. Attach Schedule 8812 | 67 | |
| | 68 | American opportunity credit from Form 8863, line 8 | 68 | |
| | 69 | Net premium tax credit. Attach Form 8962 | 69 | |
| | 70 | Amount paid with request for extension to file | 70 | |
| | 71 | Excess social security and tier 1 RRTA tax withheld | 71 | |
| | 72 | Credit for federal tax on fuels. Attach Form 4136 | 72 | |
| | 73 | Credits from Form: a ☐ 2439  b ☐ Reserved c ☐ Reserved d ☐ | 73 | |
| | 74 | Add lines 64, 65, 66a, and 67 through 73. These are your **total payments** | ▶ 74 | 12,874 |

| Refund | | | | |
|---|---|---|---|---|
| Direct deposit? See instructions. | 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you **overpaid** | 75 | 5,100 |
| | 76a | Amount of line 75 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 76a | 5,100 |
| | ▶ b | Routing number  074000010 | ▶ c Type: ☒ Checking  ☐ Savings | |
| | ▶ d | Account number  628426389 | | |
| | 77 | Amount of line 75 you want **applied to your 2015 estimated tax** ▶ 77 | | |

| Amount You Owe | | | |
|---|---|---|---|
| 78 | **Amount you owe.** Subtract line 74 from line 63. For details on how to pay, see instructions | ▶ 78 | |
| 79 | Estimated tax penalty (see instructions) | 79 | |

| Third Party Designee | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ **Yes.** Complete below.   ☐ **No** | | |
|---|---|---|---|
| Designee's name ▶  CRAIG P. COFFMAN | Phone no. ▶ 812-859-6361 | Personal identification number (PIN) ▶ 45123 | |

**Sign Here**

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation  ASST PROFESSOR | Daytime phone number |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation  MUSEUM ADMIN PROFESSIONAL | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

| Paid Preparer Use Only | Print/Type preparer's name  CRAIG P. COFFMAN | Preparer's signature | Date  09/29/18 | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|---|
| | Firm's name ▶  COFFMAN PROACTIVE CPA SERVICES, LLC | | | Firm's EIN ▶ | |
| | Firm's address ▶  PO BOX 594  SPENCER                 IN 47460-0594 | | | Phone no.  812-859-6361 | |

www.irs.gov/form1040    DAA

Form **1040** (2014)

| SCHEDULE C (Form 1040) | Profit or Loss From Business (Sole Proprietorship) | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Information about Schedule C and its separate instructions is at www.irs.gov/schedulec. ▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065. | **2014** Attachment Sequence No. **09** |

**Name of proprietor** JEFFREY A. SARTAIN

**Social security number (SSN)**

**A** Principal business or profession, including product or service (see instructions)
FREELANCE WRITING

**B** Enter code from instructions ▶ 711510

**C** Business name. If no separate business name, leave blank.

**D** Employer ID number (EIN), (see instr.)

**E** Business address (including suite or room no.) ▶ 1201 MOORE AVE 2110
City, town or post office, state, and ZIP code   PORTLAND   TX 78374

**F** Accounting method:  (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2014? If "No," see instructions for limit on losses   [X] Yes  [ ] No

**H** If you started or acquired this business during 2014, check here   ▶ [ ]

**I** Did you make any payments in 2014 that would require you to file Form(s) 1099? (see instructions)   [ ] Yes  [X] No

**J** If "Yes," did you or will you file required Forms 1099?   [ ] Yes  [ ] No

### Part I   Income

| | | |
|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ▶ [ ]   **1** | 250 |
| 2 | Returns and allowances   **2** | |
| 3 | Subtract line 2 from line 1   **3** | 250 |
| 4 | Cost of goods sold (from line 42)   **4** | |
| 5 | **Gross profit.** Subtract line 4 from line 3   **5** | 250 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions)   **6** | |
| 7 | **Gross income.** Add lines 5 and 6 ▶   **7** | 250 |

### Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| 8 | Advertising | 8 | | 18 | Office expense (see instructions) | 18 | |
|---|---|---|---|---|---|---|---|
| 9 | Car and truck expenses (see instructions) | 9 | | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 21 | Repairs and maintenance | 21 | |
| | | | | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses | 23 | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | 24 | Travel, meals, and entertainment: | | |
| 15 | Insurance (other than health) | 15 | | a | Travel | 24a | |
| 16 | Interest: | | | b | Deductible meals and entertainment (see instructions) | 24b | |
| a | Mortgage (paid to banks, etc.) | 16a | | 25 | Utilities | 25 | |
| b | Other | 16b | | 26 | Wages (less employment credits) | 26 | |
| | | | | 27a | Other expenses (from line 48) | 27a | |
| 17 | Legal and professional services | 17 | 50 | b | Reserved for future use | 27b | |

| | | | |
|---|---|---|---:|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a ▶   **28** | | 50 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7   **29** | | 200 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). | | |
| | **Simplified method filers only:** enter the total square footage of: (a) your home:_____ and (b) the part of your home used for business:_____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30   **30** | | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on both **Form 1040, line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** | **31** | 200 |
| | • If a loss, you **must** go to line 32. | | |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). | | |
| | • If you checked 32a, enter the loss on both **Form 1040, line 12,** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.** | **32a** [ ] All investment is at risk. | |
| | | **32b** [ ] Some investment is not at risk. | |
| | • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | | |

**For Paperwork Reduction Act Notice, see the separate instructions.**   Schedule C (Form 1040) 2014
DAA

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service    (99)

**Profit or Loss From Business**
(Sole Proprietorship)

▶ **Information about Schedule C and its separate instructions is at www.irs.gov/schedulec.**
▶ **Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065.**

OMB No. 1545-0074

**2014**

Attachment
Sequence No. **09**

Name of proprietor: **KAROL J. STEWART**    Social security number (SSN) ▮▮▮▮▮

| | |
|---|---|
| **A** Principal business or profession, including product or service (see instructions) **CUSTOM PICTURE FRAMING** | **B** Enter code from instructions ▶ **812990** |

**C** Business name. If no separate business name, leave blank. **WEATHERSFIELD ART GROUP, LLC**    **D** Employer ID number (EIN, (see instr.)

**E** Business address (including suite or room no.) ▶ **1201 MOORE AVE, APT 2110**
City, town or post office, state, and ZIP code **PORTLAND          TX 78374**

**F** Accounting method: **(1)** [X] Cash **(2)** [ ] Accrual **(3)** [ ] Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2014? If "No," see instructions for limit on losses [X] Yes [ ] No

**H** If you started or acquired this business during 2014, check here ▶ [ ]

**I** Did you make any payments in 2014 that would require you to file Form(s) 1099? (see instructions) [ ] Yes [X] No

**J** If "Yes," did you or will you file required Forms 1099? [ ] Yes [ ] No

### Part I    Income

| | | |
|---|---|---:|
| **1** | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ▶ [ ] **1** | |
| **2** | Returns and allowances    **2** | |
| **3** | Subtract line 2 from line 1    **3** | |
| **4** | Cost of goods sold (from line 42)    **4** | 1,335 |
| **5** | **Gross profit.** Subtract line 4 from line 3    **5** | −1,335 |
| **6** | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions)    **6** | |
| **7** | **Gross income.** Add lines 5 and 6 ▶ **7** | −1,335 |

### Part II    Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | |
|---|---|---:|---|---|---:|
| **8** | Advertising | **8** | **18** | Office expense (see instructions) | **18** |
| **9** | Car and truck expenses (see instructions) | **9** | **19** | Pension and profit-sharing plans | **19** |
| **10** | Commissions and fees | **10** | **20** | Rent or lease (see instructions): | |
| **11** | Contract labor (see instructions) | **11** | **a** | Vehicles, machinery, and equipment | **20a** |
| **12** | Depletion | **12** | **b** | Other business property | **20b** |
| **13** | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | **13** | **21** | Repairs and maintenance | **21** |
| | | | **22** | Supplies (not included in Part III) | **22** |
| | | | **23** | Taxes and licenses | **23** |
| **14** | Employee benefit programs (other than on line 19) | **14** | **24** | Travel, meals, and entertainment: | |
| **15** | Insurance (other than health) | **15** | **a** | Travel | **24a** |
| **16** | Interest: | | **b** | Deductible meals and entertainment (see instructions) | **24b** |
| **a** | Mortgage (paid to banks, etc.) | **16a** | **25** | Utilities | **25** |
| **b** | Other | **16b** | **26** | Wages (less employment credits) | **26** |
| | | | **27a** | Other expenses (from line 48) | **27a** |
| **17** | Legal and professional services | **17**    100 | **b** | Reserved for future use | **27b** |

| | | |
|---|---|---:|
| **28** | **Total expenses** before expenses for business use of home. Add lines 8 through 27a ▶ **28** | 100 |
| **29** | Tentative profit or (loss). Subtract line 28 from line 7    **29** | −1,435 |
| **30** | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). | |
| | **Simplified method filers only:** enter the total square footage of: (a) your home:_____ and (b) the part of your home used for business:_____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30    **30** | |
| **31** | **Net profit or (loss).** Subtract line 30 from line 29. | |
| | • If a profit, enter on both **Form 1040, line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** | |
| | • If a loss, you **must** go to line 32.    **31** | −1,435 |
| **32** | If you have a loss, check the box that describes your investment in this activity (see instructions). | |
| | • If you checked 32a, enter the loss on both **Form 1040, line 12,** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.** | **32a** [X] All investment is at risk. |
| | • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | **32b** [ ] Some investment is not at risk. |

**For Paperwork Reduction Act Notice, see the separate instructions.**    Schedule C (Form 1040) 2014
DAA

**KAROL J. STEWART**

Schedule C (Form 1040) 2014   **CUSTOM PICTURE FRAMING**                                   Page **2**

| Part III | Cost of Goods Sold (see instructions) |
|---|---|

33   Method(s) used to
value closing inventory:   **a** ☐ Cost   **b** ☒ Lower of cost or market   **c** ☐ Other (attach explanation)

34   Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation ........................................................................................   ☐ Yes   ☒ No

| | | | |
|---|---|---|---:|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | 1,335 |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 | Materials and supplies | 38 | |
| 39 | Other costs | 39 | |
| 40 | Add lines 35 through 39 | 40 | 1,335 |
| 41 | Inventory at end of year | 41 | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 | 42 | 1,335 |

| Part IV | Information on Your Vehicle. Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |
|---|---|

43   When did you place your vehicle in service for business purposes? (month, day, year) ▶ ........................

44   Of the total number of miles you drove your vehicle during 2014, enter the number of miles you used your vehicle for:

**a** Business ......................   **b** Commuting (see instructions) ..............   **c** Other ................

| | | | |
|---|---|---|---|
| 45 | Was your vehicle available for personal use during off-duty hours? | ☐ Yes | ☐ No |
| 46 | Do you (or your spouse) have another vehicle available for personal use? | ☐ Yes | ☐ No |
| 47a | Do you have evidence to support your deduction? | ☐ Yes | ☐ No |
| b | If "Yes," is the evidence written? | ☐ Yes | ☐ No |

| Part V | Other Expenses. List below business expenses not included on lines 8-26 or line 30. |
|---|---|

| | |
|---|---|
| .......................................................................... | |
| .......................................................................... | |
| .......................................................................... | |
| .......................................................................... | |
| .......................................................................... | |
| .......................................................................... | |
| .......................................................................... | |
| .......................................................................... | |
| .......................................................................... | |
| .......................................................................... | |
| .......................................................................... | |
| .......................................................................... | |
| .......................................................................... | |
| .......................................................................... | |
| .......................................................................... | |
| .......................................................................... | |
| **48**   **Total other expenses.** Enter here and on line 27a | **48** |

DAA                                                                       Schedule C (Form 1040) 2014

# EXHIBIT D

## STATEMENT PURSUANT TO RCFC 9(m)(2)(A)

1.  Refund is sought for the tax year ending December 31, 2014.

2.  The taxes were paid on April 15, 2015, through withholding at Austin, Texas, in the amount of $5,100.

3.  The return was filed on August 12, 2018, in Austin, Texas.

4.  The names and address of the taxpayers appearing on the return are: Jeffrey A. Sartain and Karol J. Stewart, 1201 Moore Ave., Apt 2110, Portland, Texas 78374-1811.

5.  The claim for refund (the 2014 form 1040), was filed on October 12, 2018, in Austin, Texas.

6.  The taxpayer identification number of the Plaintiffs are the same as the taxpayers, as they are the same persons.

# EXHIBIT E

```
                                                    Final
Product                          Sale  Price
Description                      Qty

PORTLAND
120 LANG RD
PORTLAND
TX
78374-2626
(800)275-8777    9:07 AM
487215O374

10/12/2018

First-Class                       1      $1.21
Mail
Large Envelope
(Domestic)
(AUSTIN,TX 73301)
(Weight:0 Lb 1.50 Oz)
(Estimated Delivery Date)
(Monday 10/15/2018)
Certified              1                 $3.45
  (@USPS Certified Mail #)
  (70180360000891578765)
Return                 1                 $2.75
Receipt
  (@USPS Return Receipt #)
  (9590940255437305005142)

Total                                    $7.41

Credit Card Remitd                       $7.41
  (Card Name:VISA)
  (Account #:XXXXXXXXXX1349)
  (Approval #:015520)
  (Transaction #:307)
  (AID:A000000031010
  (AL:VISA CREDIT)
  (PIN:Not Required Capital One
  Visa)                                  Chip)

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.
```



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

AUSTIN, TX 73301

| Certified Mail Fee | | |
| --- | --- | --- |
| $ $3.45 | | 0374 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | 31 |
| ☐ Return Receipt (hardcopy) | $ $2.75 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery $ $0.00 | | |

Postage
$ $1.21

Total Postage and Fees
$ $7.41

10/12/2018

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 0360 0000 8915 7876

# EXHIBIT F



Add a tracking number



**70180360000089157876**

**Delivered:**
AUSTIN, TX 73301 on October 15, 2018 at 11:25 am

**Expected Delivery on:**
On Time:
Monday, October 15, 2018 by 8:00pm

UPDATED 12/11/2018 5:34 AM

# EXHIBIT G

**IRS** Department of the Treasury
Internal Revenue Service

IRS, STOP 6525
KANSAS CITY MO 64999-0025

In reply refer to: 0345437540
Dec. 19, 2018   LTR 105C   O
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  201412 30
Input Op:  0336537540 00001181
                        BODC: SB

9307110756605172417703



JEFFREY A SARTAIN & KAROL J STEWART
1201 MOORE AVE APT 2110
PORTLAND TX  78374-1811

000432

CERTIFIED MAIL

Taxpayer identification number: ██████████
             Kind of tax:  Individual
        Amount of claim : $5,100.00

        Date of claims received:  Oct. 16, 2018
                  Tax period :  Dec. 31, 2014

Dear Taxpayer:

### WE CAN'T ALLOW YOUR CLAIM

We disallowed your claim for credit for the tax period listed at
the top of this letter.

### WHY WE CAN'T ALLOW YOUR CLAIM

You filed your original tax return more than 3 years after the due
date. Your tax return showed an overpayment; however, we can't allow
your claim for credit or refund of this overpayment because you filed
your return late.

We can only credit or refund an overpayment on a return you file
within 3 years from its due date. We consider tax you withheld and
estimated tax as paid on the due date (i.e., April 15) for filing your
tax return. We treat the amount of the allowable earned income credit
that exceeds the actual income tax you owe in a similar manner as
these prepaid credits.

### WHAT TO DO IF YOU DISAGREE

If you don't agree with our decision, you can file suit to recover
tax, penalties, or other amounts, with the United States District
Court that has jurisdiction or with the United States Court of Federal
Claims. These courts are part of the judicial branch of the federal
government and have no connection with the IRS.

The law gives you 2 years from the date of this letter to file suit.

Dec. 19, 2018    LTR 105C    0
201412 30
Input Op:                    00001183

JEFFREY A SARTAIN & KAROL J STEWART
1201 MOORE AVE APT 2110
PORTLAND  TX  78374-1811



000432

to a medically-determined physical or mental impairment that could
result in death or that lasts (or can be expected to last)
continuously for at least twelve months. A physician's written
statement is required as proof of financial disability. Please review
Publication 556, Examination of Returns, Appeal Rights, and Claims for
Refund, for more information about these exceptions.

You have the right to appeal our decision to disallow your claim.
You can represent yourself before Appeals or you can have an attorney,
certified public accountant, enrolled agent, or any other person
authorized to practice before the IRS represent you. To have someone
represent you, attach Form 2848, Power of Attorney and Declaration of
Representative, (or similar written power of attorney) to your written
statement. If we don't hear from you within 30 days from the date of
this letter, we will process your case with the information we have
now.

For claims $25,000 or less, you can request a small dollar case
appeal. You must prepare a formal protest for a disallowed claim over
$25,000.

To request a small dollar case appeal:
   1. Prepare a written statement that you want to appeal to the
      Office of Appeals.
   2. List the tax periods or years and disallowed items you disagree
      with and why you don't agree with each item.
   3. Provide your name, address, taxpayer identification number,
      daytime telephone number, and a copy of this letter.
   4. Mail your appeal request to the address at the top of the first
      page of this letter.

To prepare a formal protest:
   1. Prepare a written statement that you want to appeal to the
      Office of Appeals.
   2. List the tax periods or years and disallowed items you disagree
      with and why you don't agree with each item.
   3. Provide your name, address, taxpayer identification number,
      daytime telephone number, and a copy of this letter.
   4. Include a detailed statement of facts with names, amounts,
      locations, etc., to support your reasons for disputing the
      disallowance.
   5. If you know the particular law or authority that supports
      your position, identify that law or authority by providing
      a legal citation.
   6. Sign the perjury statement below and include it with your
      written appeal. If your authorized representative prepares the

Dec. 19, 2018    LTR 105C    0
                  201412 30
Input Op:                      0001185

JEFFREY A SARTAIN & KAROL J STEWART
1201 MOORE AVE APT 2110
PORTLAND  TX  78374-1811



000432

visiting our website at www.irs.gov/forms-pubs or by calling
800-TAX-FORM (800-829-3676).


                              Sincerely yours,


                              Paul J. Morgan
                              Field Dir., Accounts Management


Enclosures:
Copy of this letter
Publication 1
Envelope
   .

 **IRS** Department of the Treasury
Internal Revenue Service

IRS, STOP 6525
KANSAS CITY  MO  64999-0025



9307 1107 5660 5172 4177 03

000432.112923.329142.30840 2 MB 0.424 1750

JEFFREY A SARTAIN & KAROL J STEWART
1201 MOORE AVE APT 2110
PORTLAND  TX  78374-1811

000432

CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY.
DO NOT USE IF YOU ARE MAKING A PAYMENT.

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

✁------------------------------------------------------------------

The IRS address must appear in the window.          Use for inquiries only
                              0345437540                 Letter Number:   LTR0105C
     BODCD-SB                                            Letter Date  :   2018-12-19
                                                         Tax Period   :   201412



*354783884*

INTERNAL REVENUE SERVICE                   JEFFREY A SARTAIN & KAROL J STEWART
IRS, STOP 6525                             1201 MOORE AVE APT 2110
KANSAS CITY  MO  64999-0025                PORTLAND  TX  78374-1811

███████        JW SART 30 0 201412 670 00000000000

✁------------------------------------------------------------------

The IRS address must appear in the window.          Use for payments
                              0345437540                 Letter Number: LTR0105C
     BODCD-SB                                            Letter Date  : 2018-12-19
                                                         Tax Period   : 201412

*354783884*

INTERNAL REVENUE SERVICE                   JEFFREY A SARTAIN & KAROL J STEWART
                                           1201 MOORE AVE APT 2110
KANSAS CITY  MO  64999-0150                PORTLAND  TX  78374-1811

███████        JW SART 30 0 201412 670 00000000000